CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 06 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KIMBERLY GRANT BENNETT, | ) | |
|     Petitioner | ) | Civil Action No. 7:14cv00222 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN, | ) | By: Michael F. Urbanski |
|     Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that respondent's motion to dismiss (Docket No. 10) is **GRANTED** and this action is **STRICKEN** from the active docket of the court.

Further, finding that Bennett has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This 6th day of March, 2015.

/s/ Michael F. Urbanski
United States District Judge